

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

DOROTHY DAWNE LONGSWORTH,

               Petitioner,

           v.

WARDEN, Adelanto ICE Processing Center, et al.,

               Respondents.

) No. 5:26-cv-02926-JDE
)
) JUDGMENT
)
)
)
)
)
)
)
)
)
)

Pursuant to the Order Regarding Petition, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

(1)    The Petition is granted, in part, with Respondents ORDERED to provide Petitioner Dorothy Dawne Longsworth (A# 093 372 015) an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) within seven (7) days of this Order, **with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond and must provide a reasoned decision if bond is denied**; if no such hearing is provided within

seven (7) days, Respondents shall immediately release Petitioner from custody, subject only to narrowly tailored conditions of release, if any, no more restrictive than necessary to reasonably assure Petitioner's appearance as required at future immigration proceedings and to protect the community.

(2)   The Petition is denied in all other respects without prejudice.

Dated: June 16, 2026_____          _____

JOHN D. EARLY
United States Magistrate Judge